# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2013

### NO.  03-12-00035-CV

**Lillian Myhand, Appellant**

**v.**

**Enterprise-Rent-A-Car Company of Texas, Appellee**

**APPEAL FROM 169TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment:  **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is in all things affirmed.  It is **FURTHER** appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.